UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>Jorge Axel PALOMO-Echanove,<br><br>            Defendant. | Magistrate Docket No. '20 MJ5189<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(2)(B)(iii) Bringing In<br>Illegal Aliens Without Presentation |

The undersigned complainant being, duly sworn, states:

On or about November 29, 2020 within the Southern District of California, defendant Jorge Axel PALOMO-Echanove, knowingly or in reckless disregard of the fact that certain aliens, namely, Carlos CORONA-Flores, Horacio TORRES-Rodriguez and Osman Damilder VICENTE-De Leon, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

                                                                  _____
                                                                  SIGNATURE OF COMPLAINANT
                                                                  Genaro Calderon
                                                                  Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON NOVEMBER 30, 2020.

                                                                  _____
                                                                  HON. WILLIAM V. GALLO
                                                                  United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

The complainant states that Carlos CORONA-Flores, Horacio TORRES-Rodriguez and Osman Damilder VICENTE-De Leon, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 29, 2020, The United States Coast Guard came in contact with a vessel with 15 individuals on it. The Coast Guard requested Border Patrol assistance in order to conduct an immigration inspection on the individuals.

On November 29, 2020 Border Patrol Agent M. Simeon, was conducting assigned duties in the Imperial Beach Border Patrol Station's Area of Responsibility. At approximately 8:00 P.M., Agent Simeon responded to a request to conduct an immigration inspection on 15 individuals at Ballast Point, Point Loma Naval Base, San Diego, California. The 15 individuals were intercepted in a panga type vessel by the U.S. Coast Guard in United States Customs waters west of San Diego, California, during the afternoon hours for attempting to enter the United States illegally. Ballast Point is approximately 15 miles northwest from the San Ysidro port of entry and is approximately one mile west of the Port of San Diego, California.
Upon arrival to Ballast Point, Agent Simeon observed Coast Guard and its crew pull into Ballast Point at approximately 9:00 P.M. At approximately 9:05 P.M., Agent Simeon identified himself as a United States Border Patrol Agent, and conducted an immigration inspection on each of the 15 individuals. All fifteen of the individuals claimed to be citizens and nationals of Mexico. All of the individuals admitted to not having any immigration documentation that would allow them to legally enter or remain in the United States. The Coast Guard were not able to identify a driver of the panga that was interdicted. All individuals admitted that they intended to illegally enter the United States aboard the panga. At approximately 9:10 P.M. Border Patrol Agent M. Simeon arrested each of the 15 individuals and arranged for them to be transported to the Imperial Beach Border Patrol Station for processing.

On November 30, 2020 at approximately 1:48 A.M. the defendant, Jorge Axel PALOMO-Echanove, was advised of his Miranda Rights, PALOMO stated that he understood his rights, and was willing to answer questions without an attorney present. PALOMO stated that he is a citizen of Mexico, without documents to allow him to enter or remain in the United States. PALOMO stated that he did not have money to pay his way across the border. PALOMO came

to an arrangement with a smuggler in Mexico, to drive the boat north from Playas de Tijuana in Mexico, with the other individuals aboard. PALOMO stated that the boats final destination was Mission Beach, San Diego, California.

Material Witnesses Horacio TORRES-Rodriguez, Carlos CORONA-Flores, and Osman Damilder VICENTE-De Leon, all claimed to be citizens of Mexico, without proper documents to enter the United States. All three material witnesses claimed to have paid $50,000 MXN Pesos, $10,000, and $15,000, to be smuggle across, via boat, into the United States. When shown a photographic line-up, all three material witnesses identified the defendant, Jorge Axel PALOMO-Echanove, as the driver of the boat.